UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23716
    JACQUELINE CRAIG
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6395

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    The case was filed on 12/18/2007 and was confirmed 03/27/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  31.00%.

    The case was dismissed after confirmation 07/03/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 4141.74 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | MORTGAGE ARRE | 16557.44 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| NELLIE MAC/FNBC | UNSECURED | 5006.00 | .00 | .00 |
| NELLIE MAE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 666.60 | .00 | .00 |
| CHASE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHASE CARD MEMBER SERVIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 540.00 | .00 | .00 |
| CITY OF CHICAGO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHICAGO DEPT OF REVENUE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY CHICAGO DEPT OR REV | NOTICE ONLY | NOT FILED | .00 | .00 |
| CLASSNOTES | UNSECURED | NOT FILED | .00 | .00 |
| ODA PERRY | NOTICE ONLY | NOT FILED | .00 | .00 |
| COOK COUNTY TREASURER | UNSECURED | .00 | .00 | .00 |
| LEDFORD & WU | DEBTOR ATTY | 2,000.00 | | 1,311.00 |
| TOM VAUGHN | TRUSTEE | | | 114.00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------

                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------

TRUSTEE                  1,425.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                             1,311.00

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23716 JACQUELINE CRAIG

```
TRUSTEE COMPENSATION                                        114.00
DEBTOR REFUND                                                  .00
                           ---------------        ---------------
TOTALS                            1,425.00               1,425.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/29/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
              CASE NO. 07 B 23716 JACQUELINE CRAIG